UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JIMMY RAY MELVIN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 2:11-cv-03600-RBP-HGD |
| ) | |
| OFFICER ELI BRIGHAM, et al., ) | |
| ) | |
| Defendants ) | |

### ORDER

The magistrate judge filed a report and recommendation on June 14, 2012, recommending that all claims in this action, except the excessive force claim against Officer Brigham, be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  (Doc. 15).  It was further recommended that the remaining excessive force claim against Officer Brigham be referred to the magistrate judge for further proceedings.  Although the plaintiff was advised of his right to file specific written objections within fourteen days, he has not directly responded to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the

magistrate judge's report is due to be and is hereby ADOPTED and the magistrate judge's recommendation is ACCEPTED. It is therefore **ORDERED** that all claims in this action, except the excessive force claim against Officer Brigham, are DISMISSED WITHOUT PREJUDICE for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). It is further **ORDERED** that the excessive force claim against Officer Brigham is **REFERRED** to the magistrate judge for further proceedings.

DONE this 23rd day of August, 2012.

*/s/ Robert B. Propst*

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**